JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rogelio Vargas,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Caliber Home Loans Inc.; Quality Loan Services Corporation; Freemont General Credit Corporation<br><br>　　　　Defendants. | Case No. 2:19-cv-09897-MWF-AGR<br><br>Before the Honorable Michael W. Fitzgerald<br><br>**JUDGMENT DISMISSING ACTION AND EXPUNGING NOTICE OF PENDENCY OF ACTION** |

　　Having granted (i) Defendant Caliber Home Loans, Inc.'s ("Caliber") Motion to Dismiss; and (ii) Caliber's Motion to Expunge Notice of Pendency of Action or Require a Bond (Docket No. 19), and good cause having been shown,

　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

　　(1) The Action is **DISMISSED** *with prejudice* and Plaintiff takes nothing by his Complaint;

　　(2) Caliber is entitled to costs as provided by law;

　　(3) The Notice of Pendency of Action, recorded in the Los Angeles County Recorder's Office on December 18, 2019, as instrument number 20191416320 (pertaining

to real property located at 8150 Day St., Sunland, California 91040-3369) is hereby **EXPUNGED**; and

    (4) This Judgment shall be recorded in the Official Records of the Los Angeles County Recorder.

DATED: May 7, 2020

                          MICHAEL W. FITZGERALD
                          United Stated District Judge